1
2
3
4                   **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6
7    KIRK ALEXANDER CURLS,                )
                                          )
8                    Plaintiff,           )        Case No.  2:16-cv-02572-RFB-GWF
                                          )
9    vs.                                  )        **ORDER**
                                          )
10   CLARK COUNTY SCHOOL DISTRICT, et al., )
                                          )
11                   Defendants.          )
                                          )
12   ——————————————————————————————————
13          With good cause appearing, the Honorable C.W. Hoffman, Jr., recuses himself as the
14   settlement judge in this case.  IT IS THEREFORE ORDERED that this matter is referred to the
15   clerk of court for random reassignment of the settlement judge only.
16
17          DATED: November 9, 2016
18                                          _____
19                                          **C.W. Hoffman, Jr.**
                                           **United States Magistrate Judge**
20
21
22
23
24
25
26
27
28