# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIRK ALEXANDER CURLS, | ) |
| Plaintiff, | ) Case No. 2:16-cv-02572-RFB-GWF |
| vs. | ) **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Impose Gag Order and to Produce Recordings (ECF No. 6), filed on February 27, 2017.

Plaintiff filed an Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) on November 4, 2016 and again on February 27, 2017. *See Application* (ECF No. 7). Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's motion is premature as litigation of this matter has not yet commenced. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Impose Gag Order and to Produce Recordings (ECF No. 6) is **denied** without prejudice as premature.

DATED this 17th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge