**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KIRK ALEXANDER CURLS,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

Defendants.

Case No. 2:16-cv-02572-RFB-GWF

**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY, JR.**

## I.    INTRODUCTION

Before the Court for consideration is the Report and Recommendation of the Honorable George Foley, Jr., United States Magistrate Judge, entered December 8, 2017.  ECF No. 12. Plaintiff sought to object on December 22, 2017.  ECF No. 13.  For the reasons discussed below, the Report and Recommendation is adopted in full and the Clerk of Court is instructed to close this case.

## II.    BACKGROUND

Plaintiff filed a complaint and application for leave to proceed in forma pauperis on November 4, 2016. ECF No. 1. On December 8, 2017, Magistrate Judge George Foley, Jr. granted the application for leave to proceed in forma pauperis and recommended dismissing the complaint. ECF No. 12.

## III.    LEGAL STANDARD

A district court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b).

## IV.    DISCUSSION

In his Report and Recommendation, Magistrate Judge Hoffman found that Plaintiff lacked federal jurisdiction for his claim. Magistrate Judge Hoffman found that while Plaintiff could amend his complaint to assert a Title VII action against Clark County School District, to do so would be duplicative of claims pending in case numbers 2:15-cv-01461-APG-NJK and 2:16-cv-00979-JAD-PAL.

On December 22, 2017, Plaintiff sought to object and requested an extension of the deadline to brief his disagreement but did not state how much time would be needed. The Court neither granted nor denied the extension and Plaintiff has not submitted any additional filings. The Court finds that even reviewing the entirety of the Magistrate Judge's report de novo, the recommended outcome is appropriate.

The Court agrees with Magistrate Judge Hoffman's findings. Plaintiff alleged state law claims against thirteen employees of the Clark County School District. Because Plaintiff does not present a federal question nor allege diversity, the Court lacks subject matter jurisdiction over Plaintiff's claims. The Court has reviewed the docket in case number 2:16-cv-00979-JAD-PAL.[1] In that pending case, Plaintiff assets a Title VII action against Clark County School District for alleged national origin discrimination and retaliation arising from the same set of facts as the present matter. The Court therefore concurs that to allow amendment in this case would create duplicative litigation and therefore any attempt by Plaintiff to correct the jurisdictional deficiencies would be futile.

_____
[1] Plaintiff has voluntarily dismissed his claims in case number 2:15-cv-01461-APG-NJK.

## V.  CONCLUSION

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is ADOPTED in full.  Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted and because it is duplicative.

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to close the case.

**DATED** this <u>25th</u> day of January, 2019.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**